IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

IN RE MICROSOFT CORP.                    :
ANTITRUST LITIGATION                     :    MDL DOCKET NO. 1332
                                         :    Hon. J. Frederick Motz
This Document Relates To:                :
                                         :
*Conway, Mackenzie & Dunleavy, P.C. v.*  :
*Microsoft Corp.,*
        Case No. 1:02 CV 03331
*Cooper v. Microsoft Corp.,*
        Case No. 1:02 CV 03332

**NOTICE OF SERVICE OF DISCOVERY**

        Microsoft Corporation gives notice of service of Microsoft Corporation's Response to Plaintiffs' First Set of Requests for Production of Documents Regarding Class Certification Issues.  A copy of the foregoing discovery document was sent on March 6, 2003 by facsimile and first class mail, postage prepaid to:

                Stanley M. Chesley
                WAITE, SCHNEIDER, BAYLESS & CHESLEY, L.P.A.
                1513 Fourth & Vine Tower
                One West Fourth Street
                Cincinnati, Ohio  45202
                (facsimile no. 513-621-0262)

                Michael D. Hausfeld
                Daniel A. Small
                COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
                1100 New York Avenue, N.W.
                West Tower, Suite 500
                Washington, DC  20005
                (facsimile no.:  202-408-2699)

                James P. Ulwick
                KRAMON & GRAHAM, P.A.
                One South Street
                Baltimore, Maryland  21202

Dated: March 6, 2003

BY:  David B. Tulchin

David B. Tulchin

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Of Counsel:*

Charles B. Casper
MONTGOMERY, McCRACKEN,
    WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
(215) 772-1500

PIPER RUDNICK LLP
Michael F. Brockmeyer (Fed. Bar No. 02307)
Jeffrey Herschman (Fed. Bar No. 00101)
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

*Attorneys for Microsoft Corporation*