# EXHIBIT A

# FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, N.W.
Duvall Foundry
Washington, D.C. 20007
Telephone: (202) 337-8000
Telecopier: (202) 337-8090

## TELECOPIER COVER SHEET

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you.

**DATE:** March 7, 2003

**TO:** David B. Tulchin, Esq.          **FAX:** 212/558-3588
Sullivan & Cromwell

<u>By Fax only</u>:
cc:   Robert Heuck II    Fax: 513/621-0262
      Daniel Small       Fax: 202/408-4699

**FROM:** William P. Butterfield

**DESCRIPTION/MESSAGE:** Letter re: *MDL Docket No. 1332 OEM Litigation*

A COPY OF THIS FAX __x__ WILL/____ WILL NOT BE SENT VIA FIRST CLASS MAIL. WE ARE SENDING YOU __2__ PAGES (INCLUDING THIS COVER SHEET.)

## FINKELSTEIN, THOMPSON & LOUGHRAN

ESTABLISHED 1977

DUVALL FOUNDRY
1050 30TH STREET, N.W.
WASHINGTON, D.C. 20007

TELEPHONE: (202) 337-8000
FACSIMILE: (202) 337-8090
WWW.FTLLAW.COM

March 7, 2003

*Via Facsimile*

David Tulchin, Esq.
Sullivan & Cromwell
125 Broad Street
New York, NY 10004

Re: *In re Microsoft Corp. Antitrust Litigation, MDL Docket No. 1332*
    *OEM Litigation*

Dear David:

Plaintiffs intend to notice the depositions of Bill Gates, Steve Ballmer and Joachim Kempin in connection with class certification discovery in the OEM case. Each deposition will take one day or less.

Although the deposition protocol governing discovery in the companion consumer case does not apply here, we are providing plenty of advance notice, given the schedules and responsibilities of Messrs. Gates, Ballmer and Kempin. We would like to conduct these depositions sometime between April 7 and April 25. Please let me know by the end of next week, all of the dates when these witnesses will be available during the period identified above.

Thank you for your assistance.

Very truly yours,

William P. Butterfield

cc: Bob Heuck
    Dan Small