IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | : <br> : MDL DOCKET NO. 1332 <br> : Hon. J. Frederick Motz |
| This Document Relates To: | : |
| *Cooper v. Microsoft Corp.*, <br> Case No. 1:02cv03332 | : <br> : |

## NOTICE OF SERVICE OF DISCOVERY

Microsoft Corporation gives notice of service of Microsoft Notice of Deposition of CHS Electronics, Inc. ("CHS"). A copy of the foregoing discovery document was sent on March 24, 2003 by facsimile and first class mail, postage prepaid to:

>Stanley M. Chesley
>WAITE, SCHNEIDER, BAYLESS & CHESLEY, L.P.A.
>1513 Fourth & Vine Tower
>One West Fourth Street
>Cincinnati, Ohio 45202
>(facsimile no. 513-621-0262)
>
>Michael D. Hausfeld
>Daniel A. Small
>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
>1100 New York Avenue, N.W.
>West Tower, Suite 500
>Washington, DC 20005
>(facsimile no.: 202-408-2699)
>
>Laurence D. King
>Lori E. Sambol
>Linda M. Fong
>KAPLAN FOX & KILSHEIMER LLP
>601 Montgomery Street, Suite 300
>San Francisco, California 94111
>(facsimile no.: 415-772-4707)

Dated: March 24, 2003

*Of Counsel:*

Charles B. Casper
MONTGOMERY, McCRACKEN,
   WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
(215) 772-1500

Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

BY: /s/ David B. Tulchin
     David B. Tulchin

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

PIPER RUDNICK LLP
Michael F. Brockmeyer (Fed. Bar No. 02307)
Jeffrey Herschman (Fed. Bar No. 00101)
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

*Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 24, 2003, I caused a copy of the foregoing Notice of Service of Discovery to be served upon the following by facsimile and United States mail, first class, postage prepaid:

      Stanley M. Chesley
      WAITE, SCHNEIDER, BAYLESS & CHESLEY, L.P.A.
      1513 Fourth & Vine Tower
      One West Fourth Street
      Cincinnati, Ohio 45202
      (facsimile no.: 513-621-0262)

      Michael D. Hausfeld
      Daniel A. Small
      COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
      1100 New York Avenue, N.W.
      West Tower, Suite 500
      Washington, DC 20005
      (facsimile no.: 202-408-4699)

      Laurence D. King
      Lori E. Sambol
      Linda M. Fong
      KAPLAN FOX & KILSHEIMER LLP
      601 Montgomery Street, Suite 300
      San Francisco, California 94111
      (facsimile no.: 415-772-4707)

      _____
      Michael F. Brockmeyer