UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Conway, Mackenzie & Dunleavy, P.C.* v. *Microsoft Corp.*, 1:02 cv03331<br><br>*Cooper* v. *Microsoft Corp.*, 1:02 cv03332 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

## MICROSOFT'S NOTICE OF WITHDRAWAL OF MOTION FOR A PROTECTIVE ORDER

Microsoft hereby withdraws its motion for a protective order filed in the above-referenced cases on March 18, 2003.

By letter dated March 7, 2003, plaintiffs requested the depositions of Bill Gates, Steve Ballmer and Joachim Kempin in connection with class certification discovery in the so-called OEM Cases. Microsoft subsequently asked plaintiffs to withdraw this request on the ground that, among others, all three witnesses were deposed for multiple days in the Consumer Cases. When plaintiffs refused, Microsoft filed the instant motion for a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

After Microsoft filed its motion, plaintiffs asked Microsoft whether it would be willing to produce Joachim Kempin for a deposition. In response, Microsoft offered to produce Mr. Kempin, a retired Microsoft senior vice president, for a four-hour deposition on class certification issues if plaintiffs agreed not to seek additional depositions of other current or former Microsoft employees on those issues. Plaintiffs declined to take Microsoft up on this offer. In doing so, plaintiffs withdrew their request to depose all three witnesses and informed

- 2 -

Microsoft that they instead would serve a notice of deposition pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. On April 2, 2003, plaintiffs served their Rule 30(b)(6) notice, which seeks deposition testimony on fifteen separate subjects.

Because plaintiffs have withdrawn their request to depose Bill Gates, Steve Ballmer and Joachim Kempin, Microsoft's March 18 motion for a protective order is moot. Accordingly, Microsoft hereby withdraws that motion.

Dated: April 3, 2003

Of Counsel:

Charles B. Casper
MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
(215) 772-1500

Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

Respectfully submitted,

By: _____
David B. Tulchin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Michael F. Brockmeyer (Fed. Bar No. 02307)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

*Attorneys for Microsoft Corporation*

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 3, 2003, I caused a copy of Microsoft's Notice of Withdrawal of Motion for a Protective Order to be served upon the following by facsimile and United States mail, first class, postage prepaid:

        Stanley M. Chesley
        WAITE, SCHNEIDER, BAYLESS & CHESLEY, L.P.A.
        1513 Fourth & Vine Tower
        One West Fourth Street
        Cincinnati, Ohio 45202
        (facsimile no.: 513-621-0262)

        Michael D. Hausfeld
        Daniel A. Small
        COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
        1100 New York Avenue, N.W.
        West Tower, Suite 500
        Washington, DC 20005
        (facsimile no.: 202-408-4699)

        Laurence D. King
        Lori E. Sambol
        Linda M. Fong
        KAPLAN FOX & KILSHEIMER LLP
        601 Montgomery Street, Suite 300
        San Francisco, California 94111
        (facsimile no.: 415-772-4707)

                        /s/ Michael F. Brockmeyer
                        Michael F. Brockmeyer