IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | : : : : : MDL DOCKET NO. 1332 : |
| This Document Relates To: | : Hon. J. Frederick Motz : |
| *Conway, Mackenzie & Dunleavy, P.C.* v. *Microsoft Corp.*, 1:02 cv03331 | : : : |
| *Cooper* v. *Microsoft Corp.*, 1:02 cv03332 | : : |

**NOTICE OF SERVICE OF DISCOVERY RESPONSE**

Microsoft Corp. gives notice of service of its Response to Plaintiffs' Second Set of Requests for Production of Documents Regarding Class Certification Issues. Copies of the foregoing Response were served on April 7, 2003 upon the following:

> Stanley M. Chesley
> Waite, Schneider, Bayless
>   & Chesley Co., L.P.A.
> 1513 Fourth & Vine Tower
> One West Fourth Street
> Cincinnati, OH 45202
> (facsimile no: 513-621-0262)
>
> Michael D. Hausfeld
> Daniel A. Small
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 1100 New York Avenue, NW
> West Tower, Suite 500
> Washington, DC 20005
> (facsimile no.: 202-408-4699)

Laurence D. King
Lori E. Sambol
Linda M. Fog
Kaplan Fox & Kilsheimer LLP
601 Montgomery Street, Suite 300
San Francisco, California 94111
(facsimile no.: 415-772-4707)

_____
Jeffrey D. Herschman
(Fed./Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

*Attorneys for Microsoft Corporation*

2