IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Cooper v. Microsoft Corp.*,<br>     Case No. 1:02cv03332 | :   MDL DOCKET NO. 1332<br>:   Hon. J. Frederick Motz<br>:<br>:<br>:<br>: |

**NOTICE OF SERVICE OF DISCOVERY**

Microsoft Corporation gives notice of service of the following: (a) Second Set of Requests for the Production of Documents and (b) Third Set of Interrogatories. Copies of the foregoing discovery documents were sent on April 11, 2003 by facsimile and first class mail, postage prepaid to:

>Stanley M. Chesley
>WAITE, SCHNEIDER, BAYLESS & CHESLEY, L.P.A.
>1513 Fourth & Vine Tower
>One West Fourth Street
>Cincinnati, Ohio  45202
>(facsimile no. 513-621-0262)
>
>Michael D. Hausfeld
>Daniel A. Small
>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
>1100 New York Avenue, N.W.
>West Tower, Suite 500
>Washington, DC  20005
>(facsimile no.:  202-408-4699)
>
>Laurence D. King
>Lori E. Sambol
>Linda M. Fong
>KAPLAN FOX & KILSHEIMER LLP
>601 Montgomery Street, Suite 300
>San Francisco, California 94111
>(facsimile no.:  415-772-4707)

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2003, I caused a copy of the foregoing Notice of Service of Discovery to be served upon the following by facsimile and United States mail, first class, postage prepaid:

>Stanley M. Chesley
>WAITE, SCHNEIDER, BAYLESS & CHESLEY, L.P.A.
>1513 Fourth & Vine Tower
>One West Fourth Street
>Cincinnati, Ohio  45202
>(facsimile no.:  513-621-0262)
>
>Michael D. Hausfeld
>Daniel A. Small
>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
>1100 New York Avenue, N.W.
>West Tower, Suite 500
>Washington, DC  20005
>(facsimile no.:  202-408-4699)
>
>Laurence D. King
>Lori E. Sambol
>Linda M. Fong
>KAPLAN FOX & KILSHEIMER LLP
>601 Montgomery Street, Suite 300
>San Francisco, California 94111
>(facsimile no.:  415-772-4707)

_____
Jeffrey D. Herschman