IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION | :<br>:<br>:<br>:<br>: MDL DOCKET NO. 1332<br>: |
| This Document Relates To: | : Hon. J. Frederick Motz<br>: |
| *Conway, Mackenzie & Dunleavy, P.C.* v.<br>*Microsoft Corp.*, 1:02 cv03331 | :<br>:<br>: |
| *Cooper* v. *Microsoft Corp.*, 1:02 cv03332 | :<br>: |

### NOTICE OF SERVICE OF DISCOVERY RESPONSE

Microsoft Corporation gives notice of service of its Response to Plaintiffs' Third Set of Requests for Production of Documents. A copy of the foregoing Response was served via facsimile and regular United States mail on April 24, 2003 upon the following:

> Stanley M. Chesley
> Waite, Schneider, Bayless
>   & Chesley Co., L.P.A.
> 1513 Fourth & Vine Tower
> One West Fourth Street
> Cincinnati, OH 45202
> (facsimile no: 513-621-0262)
>
> Michael D. Hausfeld
> Daniel A. Small
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 1100 New York Avenue, NW
> West Tower, Suite 500
> Washington, DC 20005
> (facsimile no.: 202-408-4699)

      Laurence D. King
      Lori E. Sambol
      Linda M. Fog
      Kaplan Fox & Kilsheimer LLP
      601 Montgomery Street, Suite 300
      San Francisco, California 94111
      (facsimile no.: 415-772-4707)

      John P. Zuccarini
      Elwood S. Simon & Associates
      335 S. Old Woodward Ave., Suite 250
      Birmingham, MI 48009
      (facsimile no.: 248-258-2335)

Dated: April 24, 2003              BY: _____
                                              David B. Tulchin
                                    SULLIVAN & CROMWELL LLP
                                    125 Broad Street
                                    New York, New York 10004
*Of Counsel:*                       (212) 558-4000

Charles B. Casper                  Michael F. Brockmeyer
MONTGOMERY, McCRACKEN,     (Fed. Bar No. 02307)
  WALKER & RHOADS, LLP        Jeffrey Herschman
123 South Broad Street              (Fed. Bar No. 00101)
Philadelphia, Pennsylvania 19109    PIPER RUDNICK LLP
(215) 772-1500                          6225 Smith Avenue
                                            Baltimore, Maryland 21209-3600
Richard J. Wallis                    (410) 580-3000
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

                                            *Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2003, I caused a copy of the foregoing Notice of Service of Discovery to be served upon the following by facsimile and United States mail, first class, postage prepaid:

Stanley M. Chesley
WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
(facsimile no.: 513-621-0262)

Michael D. Hausfeld
Daniel A. Small
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
(facsimile no.: 202-408-4699)

Laurence D. King
Lori E. Sambol
Linda M. Fong
KAPLAN FOX & KILSHEIMER LLP
601 Montgomery Street, Suite 300
San Francisco, CA 94111
(facsimile no.: 415-772-4707)

John P. Zuccarini
ELWOOD S. SIMON & ASSOCIATES
335 S. Old Woodward Ave., Suite 250
Birmingham, MI 48009
(facsimile no.: 248-258-2335)

_____
Jeffrey D. Herschman