UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Purchaser Actions except:<br><br>*Conway, Mackenzie & Dunleavy, P.C.* v. *Microsoft Corp.*, 1:02 cv03331<br><br>*Cooper* v. *Microsoft Corp.*, 1:02 cv03332 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

**NOTICE OF SERVICE OF TRIAL EXHIBIT LIST**

Microsoft Corporation gives notice of service of its Trial Exhibit List, copies of which were sent on April 25, 2003 by hand to:

Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005

and

Conor R. Crowley
Finkelstein, Thompson & Loughran
1050 30th Street, N.W.
Washington, D.C. 20007

and by first-class mail, postage prepaid to:

Stanley M. Chesley
Waite, Schneider, Bayless & Chesley, L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202

- 2 -

Dated: April 25, 2003

Of Counsel:

Charles B. Casper
MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
(215) 772-1500

Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

Respectfully submitted,

By: _____
    David B. Tulchin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Michael F. Brockmeyer (Fed. Bar No. 02307)
Jeffrey D. Herschman (Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

*Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2003, I caused a copy of the foregoing Notice of Service of Trial Exhibit List to be served upon the following by United States mail, first class, postage prepaid:

Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005

Conor R. Crowley
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, N.W.
Washington, D.C.  20007

Stanley M. Chesley
WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH  45202

Jeffrey D. Herschman