UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Purchaser Actions except:<br><br>*Conway, Mackenzie & Dunleavy, P.C.* v. *Microsoft Corp.*, 1:02 cv03331<br><br>*Cooper* v. *Microsoft Corp.*, 1:02 cv03332 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

## NOTICE OF SERVICE OF OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

Microsoft Corporation gives notice of service of its objections to plaintiffs' trial exhibits, copies of which were sent on May 2, 2003 by hand to:

Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005

and

Conor R. Crowley
Finkelstein, Thompson & Loughran
1050 30th Street, N.W.
Washington, D.C. 20007

and by first-class mail, postage prepaid to:

Stanley M. Chesley
Waite, Schneider, Bayless & Chesley, L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202

Dated: May 2, 2003

Respectfully submitted,

Of Counsel:

By: _David B. Tulchin_
     David B. Tulchin
     Richard C. Pepperman, II

Charles B. Casper
MONTGOMERY, McCRACKEN,
WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
(215) 772-1500

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

Michael F. Brockmeyer (Fed. Bar No. 02307)
Jeffrey D. Herschman (Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

*Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2003, I caused a copy of the foregoing Notice of Service of Objections to Plaintiffs' Trial Exhibits to be served upon the following by United States mail, first class, postage prepaid:

Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005

Conor R. Crowley
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, N.W.
Washington, D.C.  20007

Stanley M. Chesley
WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH  45202

Jeffrey D. Herschman