IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Keith F. Cooper v. Microsoft Corporation*,<br>Case No. C-02-3517-CW (N.D. Cal.) | MDL DOCKET NO. 1332<br>Hon. J. Frederick Motz |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE
### UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties hereto, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this action be dismissed without prejudice to Keith F. Cooper's right to participate as an absent member of any class certified in *Conway, MacKenzie & Dunleavy, P.C. v. Microsoft Corp.*, MDL No. 1332 (D. Md.).

DATED: May 13, 2003

Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, D.C. 20005
(202) 408-4600

DATED: May 13, 2003

Michael E. Criden
Hanzman & Criden, PA
220 Alhambra Circle, Suite 400
Coral Gables, FL 33134
(305) 357-9000

*On Behalf of Keith F. Cooper*

DATED: May 9, 2003

David B. Tulchin
Sullivan & Cromwell, LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*On Behalf of Microsoft Corporation*